IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>EDWARD T. ROBINSON,<br><br>                 Defendant. | Case No. 25-00338-01-CR-W-DGK |

**MOTION FOR ORDER FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**
**AND FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by the undersigned Assistant United States Attorney, moves this Court for issuance of a Writ of Habeas Corpus Ad Prosequendum for: EDWARD T. ROBINSON, Inmate No. 00106571, DOB: 04/08/1998, who is currently incarcerated at the Clay County Detention Center, 14 South Water Street, Liberty, Missouri, 64068. The United States respectfully requests the issuance of an order and Writ of Habeas Corpus Ad Prosequendum for this inmate in order to proceed with the prosecution of this case.

                                                     Respectfully submitted,

                                                     R. Matthew Price
                                                     United States Attorney

                                By     /s/ *Stefan C. Hughes*

                                                     Stefan C. Hughes
                                                   Assistant United States Attorney
                                                   Violent Crime & Drug Trafficking Unit
                                                   Charles Evans Whittaker Courthouse
                                                   400 East Ninth Street, Suite 5510
                                                   Kansas City, Missouri 64106
                                                   Telephone: (816) 426-3122